UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JAMILITTE PENA, an infant by her
father and natural guardian, JOSE PENA,
and JOSE PENA, individually, and
GABINA JIMINEZ,

                          Plaintiffs,

      - against -

UNITED STATES OF AMERICA,

                        Defendant.

----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 18 2005 ★

LONG ISLAND OFFICE

**JUDGMENT**

CV-03-2045 (LDW)

This action having been tried by the Court without a jury and Findings of Fact and Conclusions of Law of Honorable Leonard D. Wexler, United States District Judge, having been filed on August 16, 2005, and directing that judgment be entered in favor of the defendant, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of the defendant; and that judgment is hereby entered in favor of the defendant.

Dated: Central Islip, New York
       August 18, 2005

                                                     ROBERT C. HEINEMANN
                                                     CLERK OF THE COURT

                                   BY:    S/S LORRAINE SAPIENZA
                                                            DEPUTY CLERK